**Electronically Filed
Supreme Court
SCWC-17-0000655
14-DEC-2017
08:53 AM**

SCWC-17-0000655

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

MATHIAS & NIEHAUS, LLC, a Hawaiʻi limited liability company; MATHIAS & NIEHAUS KALIAE, LLC, a Hawaiʻi limited liability company, Respondents/Plaintiffs-Appellees,

vs.

KALIAE LLC, a Hawaiʻi limited liability company, Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-17-0000655; CIV. NO. 15-1-0463(2))

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

The application for writ of certiorari, filed on November 2, 2017, is hereby rejected.

DATED: Honolulu, Hawaiʻi, December 14, 2017.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

